DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**COURTNEY LEWIS LANGLEY,**
Appellant,

v.

**H. GREG AUTO POMPANO, LLC,** d/b/a **H GREG LUX,**
Appellee.

No. 4D2024-3291

[August 13, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. 062023CA019023AXXXCE.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Thomas L. Abrams of Gamberg & Abrams, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

SHEPHERD, LOTT, JJ., and COATES JR., HOWARD K., Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***